**Order entered February 8, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00771-CV

## LASHONDA SMITH, Appellant

## V.

## ROY GONZALEZ, III, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-11456**

## ORDER

Before the Court is appellant's February 6, 2023 motion for a fifteen-day extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 21, 2023.

/s/    BONNIE LEE GOLDSTEIN
         JUSTICE